# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A

v.

PAMELA A. VUKMAN, A/K/A PAMELA MCDEAVITT, LEO L. MCDEAVITT, JR., CHRISTOPHER MCDEAVITT AND ALL OCCUPANTS OF 104 DORF DRIVE, PITTSBURGH, PA 15209

PETITION OF: PAMELA MCDEAVITT

: No. 220 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.